**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| Genaville LLC, *Plaintiff*,<br><br>v.<br><br>AT&T, Inc., *Defendant*. | Civil Action No. 2:15-cv-863-JRG-RSP<br>(LEAD CASE) |
| The Dress Barn, Inc, *Defendant* | Civil Action No. 5:15-cv-79-JRG-RSP |
| GameFly, Inc., *Defendant* | Civil Action No. 5:15-cv-81-JRG-RSP |
| Gilt Groupe, Inc., *Defendant* | Civil Action No. 5:15-cv-83-JRG-RSP |
| The Net-A-Porter Group, LLC, *Defendant* | Civil Action No. 5:15-cv-85-JRG-RSP |
| NFL Enterprises LLC, *Defendant* | Civil Action No. 5:15-cv-86-JRG-RSP |
| O'Reilly Automotive, Inc., *Defendant* | Civil Action No. 5:15-cv-87-JRG-RSP |
| PureFormulas, Inc., *Defendant* | Civil Action No. 5:15-cv-88-JRG-RSP |
| School Specialty, Inc., *Defendant* | Civil Action No. 5:15-cv-92-JRG-RSP |
| Vera Bradley Sales, LLC, *Defendant* | Civil Action No. 5:15-cv-95-JRG-RSP |
| V.F. Corporation, *Defendant* | Civil Action No. 5:15-cv-96-JRG-RSP |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO COMPLY WITH P.R. 3-1 & 3-2**

Plaintiff Oberalis LLC hereby requests that this Court enter an Order extending the deadline by twenty (20) days for Plaintiff to serve its Disclosure of Asserted Claims and Infringement Contentions under P.R. 3-1 and 3-2. The current deadline is September 16, 2015; the new deadline would be October 6, 2015.

Good cause exists because, *inter alia*:

1. All Defendants do not oppose this request.

2. Plaintiff has agreed not to oppose a 20-day extension of Defendants' deadline to comply with P.R. 3-3 & 3-4.

3. Plaintiff has been diligent and has substantially completed drafting of its claims charts, but it requires additional time to organize exhibits and to formalize the charts for all of the Defendants.

4. Plaintiff has collected documents required pursuant to P.R. 3-2, but it requires additional time to process and Bates label the documents.

5. Plaintiff needs additional time so that it can properly prepare for and attend the scheduling hearing.

6. Plaintiff to date has not opposed any motion for extension filed by any Defendant.

7. This request is not made for the purposes of delay.

Accordingly, good cause exists for granting this motion. A proposed order granting this unopposed motion is attached.

Dated: September 16, 2015

Respectfully submitted,

Peter J. Corcoran, III – Lead Attorney
Texas State Bar No. 24080038
**CORCORAN IP LAW, PLLC**
2509 Richmond Road, Suite 380
Texarkana, Texas 75503
Tel: (903) 701-2481
Fax: (844) 362-3291
Email: peter@corcoranip.com

*Counsel for Plaintiff*
*Oberalis LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record whom have consented to electronic service were served with a copy of this document under this Court's CM/ECF system and local rules on this 16th day of September, 2015.

Peter J. Corcoran, III