FIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Genaville LLC, *Plaintiff*,<br><br>v.<br><br>AT&T Inc., *Defendant*. | Civil Action No. 2:15-cv-863-JRG-RSP<br>(LEAD CASE) |
| PC Connection, Inc., *Defendant*. | Civil Action No. 2:15-cv-886-JRG-RSP |

## JOINT MOTION TO DISMISS PC CONNECTION

WHEREAS, Plaintiff Genaville LLC ("Plaintiff") and Defendant-Counterclaimant PC Connection, Inc., ("Defendant") have resolved Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant without prejudice and Defendant's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

| | |
|---|---|
| September 24, 2015 | Respectfully submitted, |

| | |
|---|---|
| /s/ ___Jaspal S. Hare_ | /s/ __Matthew B. Lowrie_____ |
| Jaspal S. Hare (lead counsel)<br>Texas Bar No. 24083135<br>Jaspal.Hare@solidcounsel.com<br><br>David B. Dyer<br>Texas Bar No. 06313500<br>David.Dyer@solidcounsel.com<br><br>Bryan R. Haynes<br>Texas Bar No. 09283520<br>Bryan.Haynes@solidcounsel.com<br><br>Scheef & Stone L.L.P<br>500 North Akard, Suite 2700<br>Dallas, TX 75201<br>Tel: (214) 706-4200<br>Fax: (214) 706-4242 | Matthew B. Lowrie<br>mlowrie@foley.com<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Boston, MA 02199-7610<br>(617) 342-4000 - Telephone<br>(617) 342-4001 – Facsimile |
| **ATTORNEYS FOR PLAINTIFF GENAVILLE LLC** | **ATTORNEYS FOR DEFENDANT PC CONNECTION, INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on Thursday, September 24, 2015 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jaspal S. Hare*
Jaspal S. Hare