THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Genaville LLC, *Plaintiff*,<br><br>v.<br><br>AT&T Services Inc., *Defendant*. | Civil Action No. 2:15-cv-863-JRG<br>(LEAD CASE) |
| OpticsPlanet, Inc., *Defendant*. | Civil Action No. 2:15-cv-885-JRG-RSP |

**PLAINTIFF GENAVILLE LLC'S ANSWER TO**
**DEFENDANT'S OPTICSPLANET, INC.'S COUNTERCLAIMS**

Plaintiff Genaville LLC ("Genaville" or "Plaintiff") submits the following answer in response to the Counterclaims ("counterclaims") of Defendant OpticsPlanet, Inc., ("Defendant").

**OPTICSPLANET'S COUNTERCLAIM**

1. Plaintiff admits the allegations in this paragraph.

2. Plaintiff admits the allegations in this paragraph.

3. Plaintiff admits the allegations in this paragraph, but lacks sufficient information to respond to whether there is "an actual controversy" pursuant to 28 U.S.C § 2201.

4. Plaintiff admits the allegations in this paragraph.

**COUNT I**
(Declaration of Invalidity of U.S. Patent No. 5,999,927 ("the '927 Patent")

5. Plaintiff incorporates by reference the preceding paragraphs in their entirety as if fully set forth herein.

6. Plaintiff admits the allegations in this paragraph.

7. Plaintiff denies the allegations in this paragraph.

8. Plaintiff lacks sufficient information to respond to the allegations of this paragraph.

9. Plaintiff admits the allegations in this paragraph, but denies that there is any basis for Defendant's allegations.

**COUNT II**
**(Declaration of Non-Infringement of the '927 Patent)**

10. Plaintiff incorporates by reference the preceding paragraphs in their entirety as if fully set forth herein.

11. Plaintiff admits the allegations in this paragraph.

12. Plaintiff denies the allegations in this paragraph.

13. Plaintiff lacks sufficient information to respond to the allegations of this paragraph.

14. Plaintiff admits the allegations in this paragraph, but denies that there is any basis for Defendant's allegations.

**PRAYER FOR RELIEF**

Plaintiff denies that Defendant is entitled to any relief whatsoever.

**DEMAND FOR JURY TRIAL**

Plaintiff denies that Defendant is entitled to any relief whatsoever.

**AFFIRMATIVE DEFENSE**

Pursuant to Federal Rule of Civil Procedure 8(c), Plaintiff, without waiver, limitation, or prejudice, hereby asserts the following affirmative defenses. Plaintiff reserves the right to further amend its response as additional information becomes available:

**FIRST DEFENSE**

The claims of the '927 patent are presumed to be valid under 35 U.S.C. § 282(a).

**SECOND DEFENSE**

Defendant has infringed and continues to infringe the ’927 patent under 35 U.S.C. § 271.

**THIRD DEFENSE**

Defendant’s counterclaims fail to state claims upon which relief may be granted.

**FOURTH DEFENSE**

Defendant cannot prove that this is an exceptional case under 35 U.S.C. § 285.

**FIFTH DEFENSE**

Defendant’s counterclaims are barred under the doctrine of unclean hands. Defendant’s infringement has been knowing and willful, at least since the filing of the Original Complaint. Defendant has failed to support its counterclaims or defenses to Plaintiff’s claims of infringement. Thus, Defendant is barred from using any equitable defenses.

**SIXTH DEFENSE**

Defendant’s counterclaims are barred by 35 U.S.C. § 282(b).

Therefore, Plaintiff requests that judgment be entered against Defendant and in Plaintiff’s favor on the counterclaims brought by Defendant. Plaintiff further requests that it be granted all the relief requested in its Complaint.

DATED September 24, 2015.

Respectfully submitted,

By: */s/ Jaspal S. Hare*

Jaspal S. Hare (lead counsel)
Texas Bar No. 24083135
Jaspal.Hare@solidcounsel.com

David B. Dyer
Texas Bar No. 06313500
David.Dyer@solidcounsel.com

Bryan R. Haynes
Texas Bar No. 09283520
Bryan.Haynes@solidcounsel.com

**Scheef & Stone L.L.P**
500 North Akard, Suite 2700
Dallas, TX 75201
Tel: (214) 706-4200
Fax: (214) 706-4242

**ATTORNEYS FOR PLAINTIFF GENAVILLE LLC**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on Thursday, September 24, 2015 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jaspal S. Hare*
Jaspal S. Hare