IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Genaville LLC, *Plaintiff*,<br>v.<br>AT&T Services Inc., *Defendant*. | Civil Action No. 2:15-cv-863-JRG-RSP<br>(LEAD CASE) |
| Power Equipment Direct Inc., *Defendant*. | Civil Action No. 2:15-cv-887-JRG-RSP |

**ORDER OF DISMISSAL OF POWER EQUIPMENT DIRECT INC.**

Plaintiff Genaville LLC ("Plaintiff") and Defendant Power Equipment Direct Inc. ("Defendant") have requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's counterclaims and defenses (if any) without prejudice, and with all attorneys' fees, costs, and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice and Defendant's counterclaims and defenses (if any) are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**SIGNED this 16th day of May, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE